

**The following constitutes the order of the court.
Signed June 21, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Maria Moya,

          Debtor.

No. 17-41195

Chapter 7

### MEMORANDUM REGARDING DEBTOR'S MOTION TO CONVERT

On June 19, 2017, Debtor filed a *Motion to Convert Case* ("the Motion") (doc. 10). Debtor did not serve the Motion on the chapter 7 trustee, the United States Trustee, and all parties in interest. Accordingly, Debtor has not fully complied with Bankruptcy Local Rule 1017-1 (a). If Debtor would like to prosecute the Motion further, she should so comply.

**\*END OF MEMORANDUM\***

## COURT SERVICE LIST

**Maria Moya**
2417 21st St.
San Pablo, CA 94806